IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 06-640-DRH |
| | : | |
| REAL PROPERTY LOCATED AT | : | |
| 2520 CEDAR HILL ROAD, | : | |
| WEST FRANKFORT, FRANKLIN | : | |
| COUNTY, ILLINOIS, AND ALL | : | |
| ATTACHMENTS, IMPROVEMENTS, | : | |
| AND APPURTENANCES THERETO | : | |
| | : | |
| DEFENDANT. | : | |

## JUDGMENT AND DECREE FOR FORFEITURE

Upon Motion of the United States for entry of a Judgment and Decree for Forfeiture against said defendant, this Court hereby finds as follows:

On the 21st day of August, 2006, a Verified Complaint for Forfeiture against the defendant, more further described as:

> **Real property located at 2520 Cedar Hill Road, West Frankfort, Illinois, and all attachments, improvements, and appurtenances, more particularly described as follows:**
>
> **The North 210 feet of the West 264 feet of the North one-half (N ½) of the Northeast one-fourth (NE 1/4) of the Southeast Quarter (SE 1/4) of Section 23, Township 7 North, Range 3 East of the Third Principal Meridian, excepting and reserving the coal, oil, gas and other minerals as excepted and reserved in prior instruments of record and subject to an easement hereby created on and of the North 60 feet thereof, for a roadway which extends on the North side, of even width, for the full length of the Northeast Quarter (NE 1/4) of the Southeast Quarter (SE 1/4), for the use, accommodation and benefit of the owners of each tract, or any part of the said North ½ of the Northeast Quarter (NE 1/4) of the Southeast Quarter (SE 1/4) as divided into small tracts of land on March 10, 1972 or as may be hereinafter divided; situated in the County of Franklin, in the State of Illinois**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that said was

property used or intended to be used, in any matter or part, to commit, or to facilitate the commission of, a violation of Subchapter 1 of Chapter 13 of Title 21 of the United States Code.

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on October 25, 2006;

That on August 30, 2006, September 6, 2006, and September 13, 2006, notice of this action was published in the Southern Illinoisan newspaper; the Certificate of Publication was filed with this court on October 4, 2006;

That Richard O. Hart, on behalf of David Schoenecke, Bonnie Shilney, and Bonnie Shilney as the Administrator of the Estate of Stephen Reese, Deceased, signed a Stipulation and Consent to Forfeiture on July 23, 2007, abandoning any and all claims to said property and agreeing that said property may be forfeited civilly by the United States.

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

> **Real property located at 2520 Cedar Hill Road, West Frankfort, Illinois, and all attachments, improvements, and appurtenances, more particularly described as follows:**
>
> **The North 210 feet of the West 264 feet of the North one-half (N ½) of the Northeast one-fourth (NE 1/4) of the Southeast Quarter (SE 1/4) of Section 23, Township 7 North, Range 3 East of the Third Principal Meridian, excepting and reserving the coal, oil, gas and other minerals as excepted and reserved in prior instruments of record and subject to an easement hereby created on and of the North 60 feet thereof, for a roadway which extends on the North side, of even width, for the full length of the Northeast Quarter (NE 1/4) of the Southeast Quarter (SE 1/4), for the use, accommodation and benefit of the owners of each tract, or any part of the said North ½ of the Northeast Quarter (NE 1/4) of the Southeast Quarter (SE 1/4) as divided into small tracts of land on March 10, 1972 or as may be hereinafter divided; situated in the County of Franklin, in the State of Illinois**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party except as stated below.  The defendant property shall be disposed of according to law by the United States Marshal.

The Court finds that under the "relation-back" doctrine codified in 21 U.S.C. Sec. 881(h), all right, title, and interest in the subject matter property vested in the United States upon the commission of the act giving rise to forfeiture and that in the instant case, said date that the property vested in the United States was no later than May 15, 2006, the date of the discovery of the marihuana grow operation described in the declaration attached to the Complaint.  The Court finds that said property is therefore exempt from any real estate taxation from said date of May 15, 2006, until such date that the property is transferred from the United States to an owner who is not exempt from taxation.  The United States shall pay any taxes or tax liens accruing prior to May 15, 2006, and may, at its discretion but not as a requirement of law or of this Court, voluntarily pay, as if the property were not exempt, any taxes or tax liens accruing after May 16, 2006, but prior to the date of this Judgment and Decree for Forfeiture.   This Court retains jurisdiction to determine any and all issues regarding any real estate taxes imposed on the property prior to the date of this instant order, and no tax purchaser, tax certificate holder, taxing authority, or any other person or entity shall take any steps to collect said taxes or enforce said tax liens, except as specifically authorized by an Order issued by this District Court after prior notice to the United States and a hearing.  This Court specifically orders that no such tax purchaser, tax certificate holder, taxing authority, or any other person or entity shall commence state court tax deed proceedings and notices unless specifically authorized by this District Court after prior notice to the United States and a hearing.  The United States shall record this instant Order as a means of providing notice of this prohibition and shall mail a copy to the State's Attorney of Franklin County, Illinois, as the attorney for the

taxing authorities and shall mail a copy to Saber Group, LLC.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

**DATE: August 20, 2007**

/s/      DavidRHerndon
**United States District Judge**